## MISCELLANEOUS DISMISSALS

**91–820.** Ryland v. Limbach. Board of Tax Appeals, Nos. 88–J–974, 88–G–986 and 88–D–980. Cause dismissed on appellant's application to dismiss, effective January 15, 1992.

### *Wednesday, January 22, 1992*
## MERIT DOCKET

**91–382.** State, ex rel. Pheils, v. Bates. *Lucas County*, No. L–91–022. Reported at 62 Ohio St.3d 6, 577 N.E.2d 347. On merits on rehearing. *Sua sponte*, cause dismissed as moot.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–1478.** State, ex rel. Hicks, v. Judges of the Court of Appeals of the First App. Dist. In Mandamus. On motion for judgment on the pleadings. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2184.** McCarthy v. State. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2240.** Johnson v. Ohio Adult Parole Auth. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2243.** Fears v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2257.** Fears v. Wilkinson. In Habeas Corpus. *Sua sponte*, cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2281.** Hunter v. Cincinnati Metro. Hous. Auth. In Prohibition. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2337.** State, ex rel. Marcum, v. Van Camp. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2360.** Reeder v. Tate. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2379.** State v. Boyle. In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2382.** Fears v. Ney. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2442.** State, ex rel. Dunn, v. Judges of the Court of Appeals, Montgomery Cty. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

**91–2456.** Stavrou v. Cleveland. *Cuyahoga County*, No. 59051. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., SWEENEY, DOUGLAS and RESNICK, JJ., concur.
HOLMES, WRIGHT and H. BROWN, JJ., dissent.